UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1166

BENNIE LLOYD OUTLAW, a/k/a Sam Anthony, Sr.,

Plaintiff – Appellant,

v.

SAM ANTHONY, SR., a/k/a Bennie Lloyd Outlaw,

Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:08-CV-00597-JBF-FBS)

Submitted:  June 22, 2009          Decided:  June 26, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bennie Lloyd Outlaw, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bennie Lloyd Outlaw appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Outlaw v. Anthony, No. 2:08-cv-00597-JBF-FBS (E.D. Va. Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED